MILTON H. ANSORGE and ANISDALE CORPORATION, Appellants, v. FINANCE AND ADVANCING CORPORATION, Respondent.— Order confirming report of referee

unanimously affirmed, with costs. No opinion. Present — Lazansky, P. J., Hagarty, Seeger, Carswell and Scudder, JJ.